MARC A. KARLIN, Esq., Cal. Bar No.: 137558
E-mail: mkarlin@karlaw.com
KARLIN & KARLIN, APC
535 N. Brand Blvd., Suite 701,
Glendale, CA 91203
Telephone: (213) 365-1555

Attorneys for PLAINTIFF YASMIN KULLAB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN KULLAB,<br><br>Plaintiff.<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No.: 3:24-cv-04140-WHO<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO CONTINUE HEARING OF DEFENDANTS' MOTION TO SUMMARY JUDGMENT; AND ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Plaintiff's response to Defendants' Motion for Summary Judgment. Plaintiff will file her response on or before February 5, 2025. Defendants will file their reply in support of the motion for summary judgment by February 26, 2025.

    The parties further request a corresponding continuance of the hearing of

1

Defendants' Motion for Summary Judgment, currently scheduled for February 19, 2025. The parties propose that the hearing date for Defendants' Motion for Summary Judgment be continued to March 26, 2025, at 2:00 p.m.

Dated:    January 1, 2025          Respectfully submitted,[1]

_/s/ Marc A. Karlin_
MARC A. KARLIN
Karlin & Karlin, APC
Attorney for Plaintiff

Dated:    January 2, 2025          ISMAIL J. RAMSEY
United States Attorney
_/s/ Elizabeth D. Kurlan_
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   January 6, 2025

HON. WILLIAM H. ORRICK
Senior United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

2

## DECLARATION OF MARC A. KARLIN, ESQ.

I, Marc A. Karlin, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court, and am counsel for Plaintiff Yasmin Kullab in the above-captioned action.

2. On July 9, 2024, Plaintiff filed a complaint in which she seeks adjudication of her Form I-589, Application for Asylum and for Withholding of Removal. *See* Dkt. No. 1.

3. On December 5, 2024, Defendants filed their Motion for Summary Judgment. *See,* Dkt. No. 13.

4. Pursuant to the Court's Scheduling Order for Immigration Mandamus Case, my client has thirty (30) days from December 5, 2024, to file her opposition. *See,* Dkt. No. 4.

5. During the last two weeks, I have been pressed with family (my 89-year-old widowed mother has severe Alzheimer's and I oversee her 24-hour care) and business obligations.

6. Accordingly, on December 27, 2024, I contacted counsel for Defendants, Assistant United States Attorney Elizabeth Kurlan, and asked Ms. Kurlan if her clients would agree to a 30-day extension for my client to file her opposition to her clients' Motion for Summary Judgment, with a corresponding continuance of the hearing date for this motion. Ms. Kurlan agreed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 2, 2025

*/s/ Marc A. Karlin*
MARC A. KARLIN

4