1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

12 | YASMIN KULLAB,
   |
13 |                Plaintiff,                    Case No. 3:24-cv-04140-WHO
   |
14 |        v.                                    **STIPULATION TO EXTENSION OF TIME FOR
   |                                              DEFENDANTS' REPLY TO PLAINTIFF'S
15 | UNITED STATES DEPARTMENT OF                  RESPONSE; [PROPOSED] ORDER**
   | HOMELAND SECURITY, *et al.*,
16 |
17 |                Defendants.

18        On January 6, 2025, the Court granted the parties' stipulation to extend time for Plaintiff's

19 response to Defendants' motion for summary judgment, setting the due date for Defendants' reply as

20 February 26, 2025. Dkt. No. 15.  Plaintiff and Defendants now stipulate and respectfully request the

21 Court to grant an eight-day extension of time for Defendants' reply in support of their motion for

22 summary judgment and set a due date for March 6, 2025.  The parties make this request because

23 Defendants' counsel needs additional time to prepare and finalize Defendants' reply. The hearing date

24 for Defendants' motion remains set for March 26, 2025, at 2:00 p.m.. The parties respectfully request

25 that the Court grant their stipulation.

26 Dated:  February 27, 2025                                Respectfully submitted,[1]

27

28
       _____
          [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all
   Stipulation
   Case No. 3:24-cv-04140-WHO

|   |   |
|---|---|
|   | PATRICK D. ROBBINS |
|   | Acting United States Attorney |
|   |   |
|   | /s/ Elizabeth D. Kurlan |
|   | ELIZABETH D. KURLAN |
|   | Assistant United States Attorney |
|   | Attorneys for Defendant |

Dated: February 27, 2025

   /s/ Marc A. Karlin
MARC A. KARLIN
Karlin & Karlin, APC
Attorney for Plaintiff

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their reply by March 6, 2025.

Date:   February 27, 2025

_____
HON. WILLIAM H. ORRICK
United States District Judge

---

signatories listed herein concur in the filing of this document.

Stipulation
Case No. 3:24-cv-04140-WHO

**DECLARATION OF ELIZABETH D. KURLAN**

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On January 6, 2025, the Court granted the parties' stipulation to extend time for Plaintiff's response to Defendants' motion for summary judgment, setting the due date for Defendants' reply as February 26, 2025. Dkt. No. 15.

3. Although I diligently have been preparing Defendants' reply for filing, I cannot complete it by the current due date because of other pressing litigation deadlines requiring my attention.

4. On February 26, 2025, I contacted Plaintiff's counsel regarding Defendants' request for an eight-day extension of time to prepare their reply, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 27, 2025

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney